# Court of Appeals
# of the State of Georgia

ATLANTA, January 09, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0933. VICTORIA JEAN BROWN v. THE STATE.**

On October 29, 2025, Victoria Jean Brown entered a guilty plea to possession of methamphetamine and possession of drug related objects. The next day, the trial court entered judgment, imposing a sentence of three years. Brown filed a timely notice of appeal. This Court, however, lacks jurisdiction.

Effective May 14, 2025, OCGA § 5-6-35(a)(5.3) requires defendants to file applications for discretionary review for "[d]irect appeals from guilty pleas." Thus, to appeal the judgment resulting from the entry of her guilty plea, Brown was required to file an application for discretionary appeal. See OCGA § 5-6-35(a)(5.3); see also *Hester v. State*, ___ Ga. App. ___ (2025), A26A0903 (Ga. App. Dec. 11, 2025). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Brown's failure to follow the proper procedure deprives this Court of jurisdiction over this appeal, which we hereby DISMISS.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/09/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*